# United States Bankruptcy Court
## Southern District of Florida

In re  **Dard Defrand**                                                                 Case No. _____
                                       Debtor(s)                                        Chapter  **13**

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■     Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐     Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of all payment advices **are not** attached because the debtor:
      ☐ receives disability payments
      ☐ is unemployed and does not receive unemployment compensation
      ☐ receives Social Security payments
      ☐ receives a pension
      ☐ does not work outside the home
      ☐ is self employed and does not receive payment advices

☐     None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐     Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

☐     Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐     Copies of payment advices **are not** attached because the joint debtor:
      ☐ receives disability payments
      ☐ is unemployed and does not receive unemployment compensation
      ☐ receives Social Security payments
      ☐ receives a pension
      ☐ does not work outside the home
      ☐ is self employed and does not receive payment advices

☐     None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

| /s/ Dard Defrand | Date: | **November 12, 2020** |
|---|---|---|
| **Dard Defrand** | | |
| Signature of Attorney or Debtor | | |

| REGIS HR GROUP - CAREMAX MEDICAL CENTER OF BROWARD | | | | | Voucher #: 003565  Sort Order: 10 |
|---|---|---|---|---|---|
| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
| Dard Defrand - (M22117) | 10-23-2020 | XXX-XX-5139 | 10-05-2020 | 10-18-2020 | 1715725 |

Federal Tax-Status S Allowances 1       State Tax-Status NONE Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 10-11-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 |
| 10-18-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 |
| | Totals: | | 80.00 | 960.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 25.00 | 450.00 |
| FEDERAL TAX | 67.22 | 1209.96 |
| MEDICARE | 13.92 | 250.56 |
| SOC SECURITY | 59.52 | 1071.36 |
| Totals: | 165.66 | 2981.88 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 04956 | 794.34 |
| Totals: | | 794.34 |

**Net Pay:** 794.34
**Net Pay YTD:** 14298.12

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 15984.00 |
| PTO | 960.00 |
| COMPANY TIME OF | 48.00 |
| HOLIDAY | 288.00 |
| Totals: | 17280.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PTO | 72.96 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| 401(k) | 25.00 | 450.00 |
| Totals: | 25.00 | 450.00 |

Check Build Version: RRT-3395                   mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

**REGISHRG** EMPLOYER HR SOLUTIONS

1715725
10-23-2020

CAREMAX MEDICAL CENTER OF BROWARD, LLC
REGIS HR GROUP
10625 N KENDALL DR
MIAMI, FL 33176

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order of:
Dard Defrand
523 Nw 17 Pl
FORT LAUDERDALE, FL 33311

Non-Negotiable

```
REGIS HR GROUP - CAREMAX MEDICAL CENTER OF BROWARD                    Voucher #: 003535   Sort Order: 9
                                      Check                     Period Start   Period End
Employee Information                  Date       Soc-Sec-Num    Date           Date           Check No
Dard Defrand - (M22117)               10-09-2020 XXX-XX-5139    09-21-2020     10-04-2020     1708220
eral Tax-Status S Allowances 1                                  State Tax-Status NONE Allowances NONE

            CURRENT EARNINGS DETAIL                             DEDUCTIONS / TAXES
Charge                         Hours/
Date     Description     Rate  Units    Amount         Description           Amount      Y-T-D
09-27-2020 REGULAR PAY   12.0000  40.00  480.00        401(K)                 25.00      425.00
10-04-2020 REGULAR PAY   12.0000  40.00  480.00        FEDERAL TAX            67.22     1142.74
                                                       MEDICARE               13.92      236.64
                                                       SOC SECURITY           59.52     1011.84

            Totals:                80.00  960.00
              DIRECT DEPOSIT                      Net Pay
Type          Account         Amount
CHECKING      04956           794.34               794.34

                                                 Net Pay YTD

                                                  13503.78
            Totals:                       794.34             Totals:         165.66     2816.22

      Y-T-D EARNINGS              PAID TIME OFF             EMPLOYER CONTRIBUTIONS
Description          Amount   Description        Balance  Description      Amount      Y-T-D
REGULAR PAY         15024.00  PTO                  68.34  401(k)            25.00      425.00
PTO                   960.00
MPANY TIME OF          48.00
IDAY                  288.00

            Totals:         16320.00                         Totals:          25.00     425.00
```

Check Build Version: RRT-3395                              mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103


**REGISHRG**
EMPLOYER HR SOLUTIONS

                                                                                      1708220
                                                                                      10-09-2020
CAREMAX MEDICAL CENTER OF BROWARD, LLC
REGIS HR GROUP                                                                        AMOUNT
10625 N KENDALL DR
MIAMI, FL 33176                                                                    ** VOID **

    Pay: Non-negotiable

To The      Dard Defrand
Order       523 Nw 17 Pl
  of:       FORT LAUDERDALE, FL 33311

Non-Negotiable

```
REGIS HR GROUP - CAREMAX MEDICAL CENTER OF BROWARD                    Voucher #: 003448   Sort Order: 9
```

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Dard Defrand - (M22117) | 09-25-2020 | XXX-XX-5139 | 09-07-2020 | 09-20-2020 | 1700425 |

Federal Tax-Status S  Allowances 1                                  State Tax-Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 09-13-2020 | REGULAR PAY | 12.0000 | 32.00 | 384.00 |
| 09-13-2020 | HOLIDAY | 12.0000 | 8.00 | 96.00 |
| 09-20-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 25.00 | 400.00 |
| FEDERAL TAX | 67.22 | 1075.52 |
| MEDICARE | 13.92 | 222.72 |
| SOC SECURITY | 59.52 | 952.32 |

Totals:  80.00  960.00

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 04956 | 794.34 |

**Net Pay** 794.34

**Net Pay YTD** 12709.44

Totals: 794.34                                          Totals: 165.66   2650.56

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 14064.00 |
| PTO | 960.00 |
| COMPANY TIME OF | 48.00 |
| HOLIDAY | 288.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PTO | 63.72 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| 401(k) | 25.00 | 400.00 |

Totals: 15360.00                                        Totals: 25.00   400.00

Check Build Version: RRT-3395                           mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

---

**REGISHRG** — EMPLOYER HR SOLUTIONS

1700425
09-25-2020

CAREMAX MEDICAL CENTER OF BROWARD, LLC
REGIS HR GROUP
10625 N KENDALL DR
MIAMI, FL 33176

AMOUNT   ** VOID **

Pay: Non-negotiable

To The Order of:
Dard Defrand
523 Nw 17 Pl
FORT LAUDERDALE, FL 33311

Non-Negotiable

REGIS HR GROUP - CAREMAX MEDICAL CENTER OF BROWARD                             Voucher #: 003381   Sort Order: 9

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Dard Defrand - (M22117) | 09-11-2020 | XXX-XX-5139 | 08-24-2020 | 09-06-2020 | 1693385 |

Federal Tax-Status S Allowances 1                                               State Tax-Status NONE Allowances NONE

### CURRENT EARNINGS DETAIL

| Charge Date | Description | Rate | Hours/Units | Amount |
|---|---|---|---|---|
| 08-30-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 |
| 09-06-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| 401(K) | 25.00 | 375.00 |
| FEDERAL TAX | 67.22 | 1008.30 |
| MEDICARE | 13.92 | 208.80 |
| SOC SECURITY | 59.52 | 892.80 |

Totals:                          80.00   960.00

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 04956 | 794.34 |

Net Pay  794.34

Net Pay YTD  11915.10

Totals:   794.34                                    Totals:   165.66   2484.90

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 13200.00 |
| PTO | 960.00 |
| COMPANY TIME OF | 48.00 |
| HOLIDAY | 192.00 |

### PAID TIME OFF

| Description | Balance |
|---|---|
| PTO | 59.10 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| 401(k) | 25.00 | 375.00 |

Totals:   14400.00                                  Totals:   25.00   375.00

Check Build Version: RRT-3395                       mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

**REGISHRG**
EMPLOYER HR SOLUTIONS

1693385
09-11-2020

CAREMAX MEDICAL CENTER OF BROWARD, LLC
REGIS HR GROUP
10625 N KENDALL DR
MIAMI, FL 33176

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order of:   Dard Defrand
523 Nw 17 Pl
FORT LAUDERDALE, FL 33311

Non-Negotiable

```
REGIS HR GROUP - CAREMAX MEDICAL CENTER OF BROWARD              Voucher #: 003353   Sort Order: 8
```

| Employee Information | Check Date | Soc-Sec-Num | Period Start Date | Period End Date | Check No |
|---|---|---|---|---|---|
| Dard Defrand - (M22117) | 08-28-2020 | XXX-XX-5139 | 08-10-2020 | 08-23-2020 | 1686217 |

Federal Tax-Status S  Allowances 1                                State Tax-Status NONE  Allowances NONE

| CURRENT EARNINGS DETAIL | | | | | DEDUCTIONS / TAXES | | |
|---|---|---|---|---|---|---|---|
| Charge Date | Description | Rate | Hours/ Units | Amount | Description | Amount | Y-T-D |
| 08-16-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 | 401(K) | 25.00 | 350.00 |
| 08-23-2020 | REGULAR PAY | 12.0000 | 40.00 | 480.00 | FEDERAL TAX | 67.22 | 941.08 |
| | | | | | MEDICARE | 13.92 | 194.88 |
| | | | | | SOC SECURITY | 59.52 | 833.28 |
| Totals: | | | 80.00 | 960.00 | | | |

| Type | DIRECT DEPOSIT Account | Amount | Net Pay |
|---|---|---|---|
| CHECKING | 04956 | 794.34 | 794.34 |

Net Pay YTD: 11120.76

| Totals: | | 794.34 | | Totals: | 165.66 | 2319.24 |

| Y-T-D EARNINGS | | PAID TIME OFF | | EMPLOYER CONTRIBUTIONS | | |
|---|---|---|---|---|---|---|
| Description | Amount | Description | Balance | Description | Amount | Y-T-D |
| REGULAR PAY | 12240.00 | PTO | 54.48 | 401(k) | 25.00 | 350.00 |
| PTO | 960.00 | | | | | |
| COMPANY TIME OF | 48.00 | | | | | |
| HOLIDAY | 192.00 | | | | | |
| Totals: | 13440.00 | | | Totals: | 25.00 | 350.00 |

Check Build Version: RRT-3395                                     mvQuery Version: HRP_CHECK_PRINTING_NameLogo 103

**REGISHRG** EMPLOYER HR SOLUTIONS

1686217
08-28-2020

CAREMAX MEDICAL CENTER OF BROWARD, LLC
REGIS HR GROUP
10625 N KENDALL DR
MIAMI, FL 33176

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of:
Dard Defrand
523 Nw 17 Pl
FORT LAUDERDALE, FL 33311

Non-Negotiable